RONALD D. ARENA, Bar No. 218421
CONOR D. MACK, Bar No. 253878
ARENA HOFFMAN LLP
220 Montgomery Street, Suite 905
San Francisco, CA  94104
Telephone:	415.433.1414
Facsimile:	415.520.0446
Email:	rarena@arenahoffman.com
	cmack@arenahoffman.com

Attorneys for Defendants
REDFIN CORPORATION and
REDFIN HOME SERVICES, LLC

CARY KLETTER (SBN 210230)
RACHEL HALLAM (SBN 306844)
KLETTER LAW
1528 South El Camino Real, Suite 306
San Mateo, CA 94402
415.434.3400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MOLANO,<br><br>              Plaintiff,<br><br>     v.<br><br>REDFIN CORPORATION, REDFIN HOME SERVICES, LLC, AND DOES 1-20,<br><br>              Defendants. | Case No. 3:22-cv-07454-WHO<br><br>**STIPULATION FOR DISMISSAL, OF ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

   IT IS HEREBY STIPULATED, by and between Plaintiff Rebecca Molano ("Molano") on the one hand, and Redfin Corporation and Redfin Home Services, LLC (collectively, "Redfin"), through their attorneys of record and subject to Court approval, to the following:

   Pursuant to Fed. R. Civ. P. 41(a), Molano and Redfin agree to dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

   **IT IS SO STIPULATED.**

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE                                   Case No. 3:22-cv-07454-WHO

Dated: July ___, 2023

    RONALD D. ARENA
    CONOR D. MACK
    ARENA HOFFMAN LLP
    Attorneys for Defendants
    REDFIN CORPORATION and REDFIN
    HOME SERVICES, LLC

Dated: July ___, 2023

    CARY KLETTER
    RACHEL HALLAM
    Attorneys for Plaintiff
    REBECCA MOLANO

### [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED: _July 26, 2023

    Honorable William H. Orrick

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE     2.     Case No. 4:22-cv-07454- WHO